UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY LOVE,

             Plaintiff,

    v.

TRI-COUNTIES BANK,

             Defendant.

No.  2:24-cv-01823-TLN-CSK

ORDER

On February 7, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 16)  On February 21, 2025, and February 24, 2025, Plaintiff filed objections to the findings and recommendations. (ECF Nos. 17, 19).  On February 27, 2025, Defendant filed a reply to Plaintiff's objections.  (ECF No. 19.)  The Court has considered these filings in its review of the findings and recommendations.

This Court reviews de novo those portions of the proposed findings of fact to which an objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the matter on the applicable law.

1    *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's

2    conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d

3    452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and

4    recommendations to be supported by the record and by the proper analysis.

5         Accordingly, IT IS HEREBY ORDERED that:

6         1. The findings and recommendations, (ECF No. 16), are ADOPTED IN FULL;

7         2. Plaintiff's motion for leave to amend her opposition to the motion to dismiss, (ECF

8            No. 18), is DENIED as moot;

9         3. Plaintiff's Complaint, (ECF No. 1), is DISMISSED without leave to amend; and

10         4. The Clerk of the Court be directed to CLOSE this case.

11    DATED: March 11, 2025

12

13

14                                  _____

15                                    TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28