UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARY LOVE,

Plaintiff,

v.

TRI-COUNTIES BANK,

Defendant.

No. 2:24-cv-01823-TLN-CSK

**ORDER**

On May 28, 2026, the magistrate judge filed findings and recommendations (ECF No. 42), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 42). No objections were filed and the time to do so has since elapsed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 42) are ADOPTED IN FULL.

2. Defendant's motion for attorney's fees (ECF No. 36) is GRANTED and Defendant is awarded $25,403.50 in attorney's fees to be paid by Plaintiff.

3. Plaintiff's motion for reconsideration (ECF No. 39) is DENIED.

4. Plaintiff's request for stay or continuance of the hearing (ECF No. 39) is DENIED.

IT IS SO ORDERED.

DATE: August 28, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE